

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Stearns | Civil Action No. 19-cv-00761-RBB |
| **Plaintiff,** | |
| V. | |
| Andrew Saul, Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Joint Motion for Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. section 405(g) and Entry of Judgment is granted. The above captioned action is remanded to the Social Security Administration. On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. IT IS FURTHER ORDERED that final judgment be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: 11/12/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler
, Deputy